IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL D. BOYAN,<br><br>   Plaintiff,<br><br>  V.<br><br>SOCIAL SECURITY ADMINISTRATION,<br>Michael J. Astrue, Commissioner, et al.,<br><br>   Defendant. | Case No. 8:06CV692<br><br>ORDER |

This matter is before the court on the its own motion. On March 12, 2007, the court entered an order to show cause, Filing No. 5, directing the plaintiff to effect service of process or to show cause why the action should not be dismissed for failure to comply with the 120-day time limit specified in Fed. R. Civ. P. 4(m). The deadline for service of process expired on March 7, 2007. The court gave the plaintiff until April 26, 2007 to file proof of service or to show cause, but the plaintiff has not complied. Accordingly, this action is hereby dismissed without prejudice and the Clerk's office is directed to close this case for statistical purposes.

  SO ORDERED.

  DATED this 21st day of May, 2007.

              BY THE COURT:


              s/ Joseph F. Bataillon
              JOSEPH F. BATAILLON
              Chief United States District Judge